# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLESTON CLARK SINGLETARY, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-16-3476 |
| STATE OF TEXAS, *et al.*, | § § § | |
| *Defendants*. | § § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") entered by Magistrate Judge Nancy Johnson on October 30, 2017. Dkt. 54. The Magistrate Judge recommends dismissing plaintiff Charleston Singletary's claims (Dkt. 11) for want of jurisdiction. *Id.* Singletary did not file any objections to the M&R. After reviewing the M&R, the various motions to dismiss, and the applicable law, the court agrees with the Magistrate Judge that Singletary's claims should be dismissed. The court finds no clear error on the face of the record. Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R is ADOPTED IN FULL, and Singletary's claims are DISMISSED WITHOUT PREJUDICE. The court will enter a final judgment consistent with this order.

Signed at Houston, Texas on November 16, 2017.

_____
Gray H. Miller
United States District Judge